No. 92–2032. WIDDOSS, NBM HINELINE, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MILLER, DECEASED v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 92–8401. HOWARD ET UX. v. GREENBERG. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–8566. TODD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–9153. BENN v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 93–58. HARMS ET AL. v. CAVENHAM FOREST INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–111. HUSSMANN CORP. v. COOK. Sup. Ct. Mo. Certiorari denied.

No. 93–115. NYSA–ILA WELFARE FUND ET AL. v. DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL.;
No. 93–193. NEW JERSEY CARPENTERS WELFARE FUND ET AL. v. DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL.;
No. 93–194. UNITED WIRE, METAL & MACHINE HEALTH AND WELFARE FUND ET AL. v. MORRISTOWN MEMORIAL HOSPITAL ET AL.; and
No. 93–210. TRUSTEES OF THE WELFARE TRUST FUND, LOCAL UNION No. 475, ET AL. v. DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–159. ROWENHORST v. MITCHELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–179. GRACE COMMUNITY CHURCH v. TOWN OF BETHEL ET AL. App. Ct. Conn. Certiorari denied.

No. 93–202. KURAHARA & MORRISSEY v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 9th Cir. Certiorari denied.